UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ESTHER BORNSTEIN individually and
all other similarly situated consumers

                                   Civil Action No.:
                                   1:14-cv-04262(MKB)(CLP)

                     Plaintiff,

    -against-                         **STIPULATION OF**
                                    **DISMISSAL WITH**
                                    **PREJUDICE**

ADVANCED CALL CENTER
TECHNOLOGIES, LLC

                     Defendant.

-------------------------------------------------------------x

       Pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Esther Bornstein, individually and on behalf of all other similarly situated consumers, by

her undersigned counsel, hereby stipulates to the dismissal of this action with prejudice,

and without costs or fees to either party.

Dated:  December 29, 2014

LAW OFFICE OF
  DAVID PALACE

By:_____
     David Palace
383 Kingston Avenue #113
Brooklyn, NY 11213
347-651-1077
*Attorneys for Plaintiff*

ABRAMS GARFINKEL
MARGOLIS BERGSON, LLP

By:_____
     Eric B. Post
1430 Broadway, 17th Floor
New York, New York  10018
212-201-1170
*Attorneys for Defendant*